# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD E. MACALUSO, an individual,<br><br>                                  Plaintiff,<br>  vs.<br>INDYMAC BANCORP, an Indiana Corporation,<br><br>                                  Defendant. | CASE NO. 06 CV 1595 IEG (WMc)<br><br>**ORDER TO SHOW CAUSE FOR FAILING TO COMPLY WITH COURT ORDER** |

On November 8, 2006, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. Appearing for Plaintiff was Zachary M. Lemley, Esq. **Plaintiff failed to appear in person as required by this Court's October 2, 2006 Order.** [Doc. No. 6.] Appearing for Defendant were Anthony J. Oliva, Esq. and David M. Chernek.

**A.    PLAINTIFF'S FAILURE TO APPEAR IN PERSON**

Specifically, this Court's Order dated October 2, 2006 stated:

> "**all named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>.**"

[Doc. No. 6., p.1 , ln. 25-28.] [emphasis in original.]

Plaintiff did not contact chambers regarding an inability to personally appear for the scheduled ENE. Plaintiff also failed to request permission to appear telephonically at the ENE. This Court's

///

Order dated October 2, 2006 stated:

> "Requests to be excused from attendance for **extraordinary circumstances** must be in writing and received by the Court at least **fourteen (14) days** prior to the conference. **Failure of the required counsel and parties to appear <u>in person</u> will be cause for the imposition of sanctions.** Sanctions will include, but are not limited to, the attorney's fees and travel costs of the other parties in the case."

[Doc. No. 6., p.2 , ln.14-20.] [emphasis in original.]

### B.   PLAINTIFF'S FAILURE TO LODGE AN ENE STATEMENT

Plaintiff failed to lodge an ENE Statement with Judge McCurine's chambers. However, this Court's Order dated October 2, 2006 stated:

> "The parties are required to submit a short Early Neutral Evaluation Conference Statement about the case on a confidential basis no later than **seven (7) days** before the conference."

[Doc. No. 6., p. 2, ln. 28 - p. 3, ln. 2.] [emphasis in original.]

### C.   IF PLAINTIFF SERVED DISCOVERY, IT IS DEEMED WITHDRAWN

Plaintiff indicated telephonically during the November 8th ENE that his attorney may have served Defendant with discovery in violation of the Court's October 2, 2006 Order. The October 2, 2006 Order specifically states:

> "All discovery shall be stayed until after the Rule 26(f) conference, unless otherwise permitted by Rule 26(f) or court order."

[Doc. No. 6., p.3 , ln.4-5.]

Accordingly, if Plaintiff served discovery, **all such discovery is deemed withdrawn**.

Thus, **IT IS HEREBY ORDERED** that Plaintiff show cause why: (1) he failed to personally appear at the November 8, 2006 conference; (2) he failed to submit an ENE statement; (3) he authorized his counsel to serve discovery; and (4) why sanctions should not be imposed. The OSC hearing will be held on <u>**January 5, 2007 at 9:30 a.m.**</u> **in the chambers of the Honorable William McCurine, Jr., 940 Front St., Courtroom C, San Diego, CA 92101.**

1    **IT IS FURTHER ORDERED** that **on or before December 11, 2006,** Plaintiff is to serve Defendants and lodge with Judge McCurine's chambers a meaningful written explanation regarding his failure to comply with this Court's October 2, 2006 Order.

  Defendant's counsel may submit a written response to Plaintiff's explanation which shall be served on Plaintiff and lodged with Judge McCurine's chambers **on or before December 18, 2006**.

  No reply papers shall be prepared.  Failure of any counsel or party to comply with this Order *will result in the imposition of sanctions.*

  **IT IS SO ORDERED.**

Dated:  November 9, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE IRMA E. GONZALEZ, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD